No. 256.   IN RE ESTATE OF HURST, 371 U. S. 862, 931, *ante,* p. 925.   Motion for leave to file a third petition for rehearing denied.

APRIL 22, 1963.

No. 13, Original.   TEXAS *v.* NEW JERSEY ET AL.   The motion of the State of Illinois for leave to intervene is denied.   *William G. Clark,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, on the motion.   [For earlier orders herein, see 369 U. S. 869; 370 U. S. 929; 371 U. S. 873; *ante,* p. 926.]

No. 529.   UNITED STATES *v.* CARLO BIANCHI & Co., INC. Certiorari, 371 U. S. 939, to the Court of Claims.   The motion of the Bar Association of the District of Columbia for leave to file a brief, as *amicus curiae,* is granted.   *Glen A. Wilkinson, Jesse E. Baskette* and *Paul M. Rhodes* on the motion.

No. 883.   STATNI BANKA CESKOSLOVENSKA *v.* WOL-CHOK, RECEIVER.   On petition for writ of certiorari to the Court of Appeals of New York.   In this case the Solicitor General is invited to file a brief expressing the views of the United States.

No. 779, Misc.   SIRES *v.* SUPREME COURT OF WASH-INGTON.   Motion for leave to file petition for writ of mandamus denied.   Petitioner *pro se.   John J. O'Con-nell,* Attorney General of Washington, and *Stephen C. Way* and *Ralph Olson,* Assistant Attorneys General, for respondent.

No. 1185, Misc.   FULFORD *v.* ROBERTS, CHIEF JUSTICE, ET AL.   Motion for leave to file petition for writ of mandamus denied.